**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PETsMART, INC., a Delaware Corporation, in its capacity as fiduciary of the PETsMART Flexible Benefits Plan, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. _____ |
| JANET M. DAVIDSON, MICHAEL D. BEDNASH, ESQUIRE, and KIMMEL CARTER ROMAN & PELTZ, P.A., a Delaware Corporation, | ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## COMPLAINT

## PARTIES

1.      Plaintiff PETsMART, Inc. ("PETsMART") is a Delaware corporation with operations in the State of Delaware.  PETsMART is the sponsor and fiduciary of the PETsMART Flexible Benefits Plan (the "Plan") within the meaning of ERISA, 29 U.S.C. § 1002(16)(B),  29 U.S.C. § 1102(a)(2).

2.      Defendant Janet M. Davidson ("Davidson") is an adult individual who is a citizen of the State of Delaware and who was formerly employed by PETsMART in New Castle County, Delaware.  At all times relevant hereto, Davidson was a participant in the Plan, Group Policy No. 701439, within the meaning of ERISA § 3(7), 29 U.S.C. § 1002(7).

3.      Defendant Kimmel Carter Roman & Peltz, P.A. ("KCR&P") is a Delaware professional association  that is engaged in the practice of law in the State of Delaware.

4.      Defendant Michael D. Bednash, Esquire ("Bednash") is an attorney with KCR&P.

## JURISDICTION

5.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 as conferred by ERISA § 502(e)(1), 29 U.S.C. § 1132(e)(1).  This Court has supplemental jurisdiction over the related state law claims pursuant to 28 U.S.C. § 1367(a) because such claims are so related to the federal claim as to form part of the same case or controversy.

## VENUE

6.      Venue in this District is proper pursuant to 28 U.S.C. §§ 1391 and (b) and 29 U.S.C. § 1132(e)(2) because the events giving rise to this lawsuit occurred in this District.

## FACTUAL ALLEGATIONS

7.      The Plan is a self-funded employee welfare benefit plan within the meaning of ERISA § 3(1), 29 U.S.C. § 1002(1) in that PETsMART, not an insurance company, funds the benefits provided thereunder.

8.      The Plan provides medical expense benefits to eligible employees of PETsMART and their dependents, including Davidson while she was a Plan participant.

9.      The terms and conditions of the Plan are set forth in an employee booklet known as a Summary Plan Description ("SPD").  Copies of the cover pages, tables of contents, and relevant pages of SPDs from 2003, 2004, 2005, and 2006 are attached hereto as Exhibit A.

10.      Among    other    things,    the    SPD    sets    forth    the    Plan's    right    to subrogation/reimbursement when the Plan pays benefits due to injuries or illness caused by a third party:

> If you are injured or become ill as a result of a third-party's act or omission, as a condition of receiving treatment covered by the Plan for such injury or illness you are agreeing to:
>
> •      Repay the plan any amounts recovered ... from the third party ... or the third party's insurance

carrier(s) on account of your injury or illness, up to the lesser of:

- The value of benefits under the plan that have been, and will be, provided on account of the injury or illness; or

- The amount of the recovery remaining after deducting reasonable and necessary attorney fees and costs incurred by you in obtaining the recovery.

- Instruct your attorney to repay the plan the amounts described above from any such recovery; and

- Cooperate fully and assist the plan in asserting its rights against the third party … or the third party's insurance carrier(s) ….

11.    On or about November 1, 2003, Davidson was injured in an accident when the car she was driving was struck by a car driven by Donita S Taylor (the "Accident").

12.    At that time, Taylor was insured by Nationwide.

13.    Davidson hired KCR&P to represent her in connection with the Accident.

14.    Bednash of KCR&P represented Davidson regarding her personal injury claims arising out of the Accident.

15.    Between 2003 and 2006, in connection with the injuries suffered by Davidson, the Plan paid medical benefits on her behalf in the amount of $100,463.84.  See true and correct copy of the Itemization of Benefits attached hereto as Exhibit B.

16.    On May 31, 2005, PETsMART, through its subrogation agent, Ingenix, Inc. ("Ingenix"), put Davidson and Nationwide on notice of the Plan's subrogation interest and reimbursement claim.  See Exhibit C.

17.    On September 15, 2006, Davidson reached a settlement regarding the Accident, for the sum of $300,000 (the "Settlement Funds").  See Exhibit D.

18.    On September 18, 2006, Ingenix learned from Nationwide that Davidson's claim regarding the Accident was being settled, that KCR&P represented Davidson; and that Nationwide would include PETsMART's agent, Ingenix, Inc., as a payee on the settlement check prior to disbursement.

19.    By letter dated September 18, 2006, Ingenix notified KCR&P of the Plan's subrogation and reimbursement interest in a portion of the Settlement Funds, requested that KCR&P contact Ingenix prior to settlement to obtain the total amount of paid benefits as to which reimbursement was due, and further advising KCR&P to hold the Settlement Funds in trust until such time as PETsMART's interest in the Settlement Funds has been severed from the interest of Davidson.  See Exhibit E.

20.    On or before September 25, 2006, KCR&P and Bednash received the September 19, 2006 letter from Ingenix alerting them to PETsMART's interest in a portion of the Settlement Funds.

21.    On or about September 25, 2006, Bednash received from Nationwide a check (the "Check") in the amount of $280,000, which was payable to "JANET DAVIDSON AND HER ATTY MICHAEL BEDNASH, ESQ. INGENIX AND KIMMEL CARTER ROMAN AND PELTZ".  See Exhibit F.

22.    By letter dated September 27, 2006, Bednash advised Ingenix that "this matter has already resolved."  See Exhibit G.

23.    On or after September 27, 2006, Bednash caused the entire proceeds from the Check to be distributed to KCR&P and Davidson without retaining in trust any portion of the proceeds from the Settlement Funds.

4

## COUNT ONE
## ENFORCEMENT OF THE TERMS OF THE PLAN

24.     PETsMART incorporates the preceding paragraphs herein the same as though pleaded in full.

25.     On behalf of Davidson, the Plan paid $100,463.84 for claims for medical treatment provided to Davidson for the injuries she sustained in the Accident.

26.     The funds that the Plan seeks to recover are the Settlement Funds.   Upon information and belief, all or some of the Settlement Funds are in the possession and control of Davidson.

27.     $100,463.84 of the Settlement Funds belong in good conscience to the Plan through its right of subrogation/reimbursement.

28.     Davidson has refused to turn over $100,463.84 of the Settlement Funds.

29.     As a result, Davidson has violated the terms of the Plan.

30.     Pursuant to ERISA §502(a)(3), 29 U.S.C. §1132(a)(3), the Plan is entitled to enforce the terms of the Plan and to an equitable lien and constructive trust on the Settlement Funds.

## COUNT TWO
## TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS

31.     PETsMART incorporates the preceding paragraphs herein the same as though pleaded in full.

32.     PETsMART had a contractual relationship with Davidson of which KCR&P and Bednash had knowledge.

33.     KCR&P and Bednash are being named as defendants because, on information and belief, they purposely interfered with PETsMART's contractual relations with Davidson by

disbursing funds to Davidson and KCR&P, without resolving PETsMART's reimbursement interest.

34.    Bednash and (by his agency with KCR&P) KCR&P's conduct in negotiating the settlement check and in failing to resolve PETsMART's reimbursement interest prior to disbursement of the settlement proceeds, despite having knowledge of PETsMART's lien, was a proximate cause of PETsMART's damages.

35.    PETsMART has been damaged in the amount of $100,463.84 because of Bednash and KCR&P's conduct.

36.    Bednash and KCR&P's actions were improper.

### COUNT THREE
### CONVERSION

37.    PETsMART incorporates the preceding paragraphs herein the same as though pleaded in full.

38.    Bednash and KCR&P received the settlement payment for Davidson.  Bednash and KCR&P intentionally and wrongfully asserted dominion and control over the entire settlement payment, inconsistent with PETsMART's interest in a portion of the Settlement Funds..

39.    Bednash and KCR&P failed to preserve a sufficient amount of funds from the settlement proceeds to satisfy PETsMART's $100,463.84 reimbursement interest.

**WHEREFORE,** PETsMART requests that the Court enter a judgment in its favor and against Defendants on all of its claims, as follows:

(a)    imposing a constructive trust and equitable lien in favor of the Plan upon $100,463.84 of the Settlement Funds recovered by Davidson;

(b)     declaring that the Plan is the rightful owner of the $100,463.84 of the Settlement Funds recovered by Davidson;

(c)     directing Davidson to reimburse the Plan for the benefits paid by turning over $100,463.84 from the Settlement funds;

(d)     directing Davidson to execute any instruments necessary to transfer legal title of the constructive trust to the Plan;

(e)     to the extent the Settlement Funds have been dissipated, entering judgment against Bednash and KCR&P, in that amount, and for punitive damages in an amount to be determined at trial;

(f)     awarding Plaintiff interest, costs, and attorneys' fees as permitted by ERISA, 29 U.S.C. ¶1132(g); and

(g)     granting such other and further relief as this Court should deem just and proper.

CONNOLLY BOVE LODGE & HUTZ LLP

Matthew F. Boyer (Del. Bar No. 2564)
Email: Mboyer@cblh.com
Timothy M. Holly (Del. Bar No. 4106)
Email: Tholly@cblh.com
Josiah R. Wolcott (Del. Bar No. 4796)
Email: Jwolcott@cblh.com
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*Attorneys for PETsMART, Inc.*

Date: October 12, 2007
CBLH: 562755.4

# EXHIBIT A

**PETsMART, INC.**

**SMARTcHOICES AND FLEXIBLE BENEFITS PLANS**

**SUMMARY PLAN DESCRIPTION**

**Effective January 1, 2003**

# TABLE OF CONTENTS

**OVERVIEW** .......................................................................................................................... 1
  BENEFITS AT A GLANCE .................................................................................................. 1
    Benefit Credit Dollars ................................................................................................ 1
    Medical & Prescription Plan ...................................................................................... 1
    Dental Plan ................................................................................................................. 1
    Vision Plan ................................................................................................................. 1
    Flexible Spending Accounts ....................................................................................... 1
    Life Insurance & AD&D ............................................................................................ 1
    Short Term Disability ................................................................................................. 1
    Long Term Disability ................................................................................................. 1
**ELIGIBILITY & PARTICIPATION** ................................................................................ 1
  ENROLLMENT RULES ...................................................................................................... 2
    When You First Become Eligible ............................................................................... 2
    If You Don't Enroll On Time ..................................................................................... 3
    Default Coverage ....................................................................................................... 3
    Waiving Medical Coverage ........................................................................................ 3
    Paying For Your Benefits .......................................................................................... 3
    Benefit Credit Dollars ............................................................................................... 4
    Life Insurance ............................................................................................................ 4
    Your Personalized Enrollment Worksheet ................................................................. 4
  MAKING CHANGES .......................................................................................................... 4
    Changes in Status ...................................................................................................... 4
    Qualified Medical Child Support Order ..................................................................... 4
    Rehires During 2003 .................................................................................................. 4
    Allowable Status Changes .......................................................................................... 5
    Open Enrollment ........................................................................................................ 7
    Open Enrollment and Default Coverage .................................................................... 7
  WHEN COVERAGE ENDS .................................................................................................. 7
    Continuation Coverage .............................................................................................. 8
**MEDICAL BENEFITS** ....................................................................................................... 9
  SCHEDULE OF MEDICAL BENEFITS ................................................................................ 9
    Special Rights Following Mastectomy ..................................................................... 14
    Mother's and Newborn's Rights ............................................................................... 15
  CASE MANAGEMENT ...................................................................................................... 15
    Case Management ..................................................................................................... 15
    Pre-certification ....................................................................................................... 16
    Second Opinions ...................................................................................................... 16
  LIMITS & EXCLUSIONS ................................................................................................... 16
  PRE-EXISTING CONDITIONS ........................................................................................... 19
  BEHAVIORAL HEALTH BENEFITS ................................................................................... 20
  EMPLOYEE ASSISTANCE PLAN (EAP) ........................................................................... 21
  PRESCRIPTION DRUG PROGRAM ..................................................................................... 22
  MAIL ORDER PRESCRIPTION DRUG PROGRAM ............................................................... 23
    To Place a Mail Order ............................................................................................. 23
    Refills ...................................................................................................................... 23

**DENTAL BENEFITS**.................................................................................................................23
  HIGHLIGHTS – DENTAL PLANS I & II.............................................................................24
    Dental Plan I Highlights.......................................................................................24
    Dental Plan II Highlights......................................................................................24
  SCHEDULE OF DENTAL PLAN I & II  BENEFITS.................................................................24
  LIMITS & EXCLUSIONS – DENTAL PLANS I & II..............................................................27
  HIGHLIGHTS – DMO PLAN............................................................................................28
  LIMITS & EXCLUSIONS – DMO PLAN............................................................................29
  SCHEDULE OF DMO BENEFITS .....................................................................................30
**VISION BENEFITS**................................................................................................................33
  How To Use VSP.............................................................................................33
  If You Don't Use A VSP Provider .........................................................................33
  Limitations and Exclusions ..................................................................................34
**FLEXIBLE SPENDING ACCOUNTS** .....................................................................................34
  TAX ADVANTAGES.........................................................................................................34
    How FSAs Work...............................................................................................34
  HEALTH CARE FSA.......................................................................................................35
    Minimum and Maximum Annual Contribution..........................................................35
    Eligible Health Care Expenses ...............................................................................35
    Expenses That Are Not Eligible .............................................................................35
  DEPENDENT CARE FSA.................................................................................................35
    Minimum and Maximum Annual Contribution..........................................................36
    Eligible Dependents ............................................................................................36
    Eligible Dependent Care Expenses .........................................................................36
  FILING CLAIMS FOR FSA REIMBURSEMENT...................................................................36
    Health Care Claims .............................................................................................37
    Dependent Care Claims........................................................................................37
  OTHER IMPORTANT INFORMATION.................................................................................37
    Read These Rules Before You Elect to Participate in an FSA.........................................37
    No Changes.......................................................................................................37
    Separate Accounts..............................................................................................37
    Contributions ....................................................................................................38
    Reimbursable Expenses........................................................................................38
    Unused Balances................................................................................................38
**LIFE & AD&D INSURANCE**.................................................................................................38
  LIFE INSURANCE BENEFITS...........................................................................................38
    Coverage for Yourself.........................................................................................38
    Coverage for Your Spouse ...................................................................................38
    Coverage for Your Child(ren) ...............................................................................38
    Imputed Income Notice........................................................................................38
    Waiver of Life Insurance Premium.........................................................................39
    Accelerated (Living) Benefit For Terminal Illness......................................................39
    Death Benefit Claim............................................................................................39
  AD&D BENEFITS.........................................................................................................39
    Coverage Amounts Available................................................................................39
    Maximum Benefit ..............................................................................................39
    Table of AD&D Loss..........................................................................................40

Qualification for AD&D Benefits..................................................................................40
Coma ........................................................................................................................40
24-Hour All Risk Accident Protection-Business and Pleasure ................................40
Exposure and Disappearance ...................................................................................40
Seat Belt Benefit .....................................................................................................41
Seat Belt Exclusions ................................................................................................41
Payment of Benefits ................................................................................................41
LIMITS & EXCLUSIONS..................................................................................................41
BENEFICIARY................................................................................................................42
Death Benefit ..........................................................................................................42
Dependent Life Beneficiary.....................................................................................42
Conversion Privilege ...............................................................................................42

**DISABILITY & LEAVES**............................................................................................**43**
COORDINATION OF YOUR BENEFITS WHILE ON LEAVE ...................................................43
STEPS FOR TAKING A LEAVE OF ABSENCE....................................................................45
SHORT TERM DISABILITY .............................................................................................45
Schedule of STD Benefits ........................................................................................46
Benefit Payments ....................................................................................................46
When Coverage Ends ...............................................................................................46
Disability Benefit Offset ..........................................................................................46
Successive Disabilities ............................................................................................46
Limits & Exclusions.................................................................................................46
LONG TERM DISABILITY...............................................................................................47
Schedule of LTD Benefits ........................................................................................47
Maximum Benefit Period .........................................................................................47
When Payments Commence ......................................................................................47
When Payments End ................................................................................................48
Reduction in Benefits...............................................................................................48
Recovery of Overpayment........................................................................................49
When Coverage Ends ...............................................................................................49
Reinstatement ..........................................................................................................49
Successive Disabilities ............................................................................................49
LTD LIMITS & EXCLUSIONS .........................................................................................49
Mental Illness, Alcoholism and Drug Abuse............................................................49
Pre-existing Conditions ...........................................................................................49
Other Exclusions.....................................................................................................49
LTD ADDITIONAL REQUIREMENTS & BENEFITS .............................................................50
Rehabilitation During A Period of Disability...........................................................50
Trial Work Days .....................................................................................................50
Reasonable Accommodation Benefit ........................................................................50
Social Security Assistance Program ........................................................................50
Family Care Credit Benefit .....................................................................................50
Survivor Benefit......................................................................................................51
Incontestability........................................................................................................51

**PLAN ADMINISTRATION** ........................................................................................**51**
FUNDING & ADMINISTRATION.......................................................................................51
PAYMENT RULES..........................................................................................................52

Benefit Payments ............................................................................................................ 52
Recovery of Excess Payments ........................................................................................ 52
Coordination/Nonduplication of Benefits ...................................................................... 52
Subrogation ..................................................................................................................... 53
CLAIMS PROCEDURE ............................................................................................................. 53
Submitting Claims ........................................................................................................... 53
Deciding Claims .............................................................................................................. 54
APPEALS PROCEDURE ........................................................................................................... 54
Request for Review ......................................................................................................... 54
Your Rights on Review ................................................................................................... 54
Urgent Care Claims ........................................................................................................ 55
Pre-Service Claims .......................................................................................................... 55
Post-Service Claims ........................................................................................................ 55
Disability Claims ............................................................................................................ 55
Other Claims ................................................................................................................... 56
Review of Denial ............................................................................................................ 56
PLAN CHANGES & ERISA RIGHTS ....................................................................................... 56
Plan Changes ................................................................................................................... 56
Your ERISA Rights ........................................................................................................ 57
QUICK REFERENCE CHART ................................................................................................... 58
FORMS .................................................................................................................................... 60

generally will be considered "primary" if you have been ordered by the court to provide for your child's health care expenses or if you have legal custody or your child.

If you have any questions concerning how these provisions affect your benefits, contact the Benefits Department.

**Subrogation** – If you are injured or become ill as a result of a third-party's act or omission, as a condition of receiving treatment covered by the Plan for such injury or illness you are agreeing to:

- repay the plan any amounts recovered (whether by settlement, court order or otherwise) from the third party, the third party's personal representative or the third party's insurance carrier(s) on account of your injury or illness, up to the lesser of:
    - the value of benefits under the plan that have been, and will be, provided on account of the injury or illness; or
    - the amount of the recovery remaining after deducting reasonable and necessary attorney fees and costs incurred by you in obtaining the recovery.
- instruct your attorney to repay the plan the amounts described above from any such recovery; and
- cooperate fully and assist the plan in asserting its rights against the third party, the third party's personal representative, or the third party's insurance carrier(s) (including, but not limited to, executing any documents necessary for the plan to seek recovery directly against the third party, the third party's personal representative, or the third party's insurance carrier(s)).

## CLAIMS PROCEDURE

**Submitting Claims** – Generally, if you think you should get coverage and/or benefits under the Plans, you or your duly authorized representative (such as a family member, doctor, or attorney) can file a claim. You must follow this claims procedure and the appeals procedure (discussed below) before you can bring any legal action.

You do not have to submit a claim for treatment or services rendered by an in-network provider under the PPO Medical Plan or for any covered treatment or services for behavioral health, but you are responsible for ensuring that the provider submits the claim. If you receive treatment or services from an out-of-network provider under the PPO Medical Plan or if you are covered by the Indemnity Plan, you must submit a claim for any covered treatment or services by using the Health Claim Transmittal Form (located in the "Forms" section).

You do not have to submit a claim for treatment or services rendered by a participating DMO dentist, but you are responsible for ensuring that the dentists submits the claim. A claim form (available from CIGNA) is required for reimbursement of any covered treatment or services rendered by a non-participating DMO dentist in the event of emergency.

You do not have to submit a claim for treatment or services rendered by a participating dentist in Dental Plan I or Dental Plan II, but you are responsible for ensuring that the dentist submits the claim. A claim form is required for reimbursement of any covered treatment or services rendered by a non-participating dentist (see the "Attending Dentist's Statement" under "Forms").

**PETsMART INC.**

**SmartChoices and Flexible Benefits Plans**

**Summary Plan Description**

**Effective January 1, 2004**

## TABLE OF CONTENTS

OVERVIEW ............................................................................................................... 1
  BENEFITS AT A GLANCE ............................................................................................ 1
    Medical & Prescription Plan ................................................................................. 1
    Medical & Prescription Plan ................................................................................. 1
    Dental Plan .......................................................................................................... 1
    Vision Plan ........................................................................................................... 1
    Flexible Spending Accounts ................................................................................. 1
    Life Insurance & AD&D ...................................................................................... 1
    Short Term Disability .......................................................................................... 1
    Long Term Disability .......................................................................................... 1
ELIGIBILITY & PARTICIPATION ............................................................................. 2
  ENROLLMENT RULES ............................................................................................... 2
    When You First Become Eligible ......................................................................... 2
    If You Don't Enroll On Time ............................................................................... 3
    Default Coverage ................................................................................................. 3
    Waiving Medical Coverage ................................................................................... 3
    Paying For Your Benefits ..................................................................................... 3
    Life Insurance ...................................................................................................... 3
    Your Personalized Enrollment Worksheet ........................................................... 4
  MAKING CHANGES ................................................................................................... 4
    Changes in Status ................................................................................................ 4
    Qualified Medical Child Support Order ............................................................... 4
    Rehires During 2004 ........................................................................................... 4
    Allowable Status Changes .................................................................................... 5
    Open Enrollment ................................................................................................. 7
    Open Enrollment and Default Coverage .............................................................. 7
  WHEN COVERAGE ENDS .......................................................................................... 7
    Continuation Coverage ........................................................................................ 8
MEDICAL BENEFITS ................................................................................................. 9
  SCHEDULE OF MEDICAL BENEFITS .......................................................................... 9
  PRESCRIPTION DRUG PROGRAM .............................................................................. 15
  MAIL ORDER PRESCRIPTION DRUG PROGRAM ......................................................... 15
    To Place a Mail Order ......................................................................................... 16
    Refills ................................................................................................................. 16
  SPECIAL RIGHTS FOLLOWING MASTECTOMY ............................................................ 16
  MOTHER'S AND NEWBORN'S RIGHTS ....................................................................... 16
  CASE MANAGEMENT ............................................................................................... 17
    Case Management ................................................................................................ 17
    Pre-certification ................................................................................................... 17
    Second Opinions ................................................................................................. 17
  LIMITS & EXCLUSIONS ............................................................................................ 18
  PRE-EXISTING CONDITIONS ..................................................................................... 21
  BEHAVIORAL HEALTH BENEFITS .............................................................................. 21
  EMPLOYEE ASSISTANCE PLAN (EAP) ....................................................................... 23
DENTAL BENEFITS ................................................................................................... 24

HIGHLIGHTS – DENTAL PLANS I & II ..............................................................................24
    Dental Plan I Highlights..........................................................................................24
    Dental Plan II Highlights.........................................................................................24
SCHEDULE OF DENTAL PLAN I & II  BENEFITS..............................................................24
LIMITS & EXCLUSIONS – DENTAL PLANS I & II .........................................................27
HIGHLIGHTS – DMO PLAN......................................................................................28
LIMITS & EXCLUSIONS – DMO PLAN .....................................................................29
SCHEDULE OF DMO BENEFITS ...............................................................................30
**VISION BENEFITS**.................................................................................................35
  How To Use VSP ..................................................................................................35
  If You Don't Use A VSP Provider .............................................................................35
  Limitations and Exclusions ......................................................................................36
**FLEXIBLE SPENDING ACCOUNTS** ..........................................................................37
TAX ADVANTAGES .................................................................................................37
  How FSAs Work ...................................................................................................37
HEALTH CARE FSA ................................................................................................37
  Minimum and Maximum Annual Contribution ............................................................37
  Eligible Health Care Expenses .................................................................................37
  Expenses That Are Not Eligible...............................................................................37
DEPENDENT CARE FSA ...........................................................................................38
  Minimum and Maximum Annual Contribution ............................................................38
  Eligible Dependents ..............................................................................................38
  Eligible Dependent Care Expenses ...........................................................................38
FILING CLAIMS FOR FSA REIMBURSEMENT ..............................................................39
  Health Care Claims ...............................................................................................39
  Dependent Care Claims ..........................................................................................39
OTHER IMPORTANT INFORMATION ...........................................................................40
  Read These Rules Before You Elect to Participate in an FSA...........................................40
  No Changes .........................................................................................................40
  Separate Accounts ................................................................................................40
  Contributions .......................................................................................................40
  Reimbursable Expenses..........................................................................................40
  Unused Balances ..................................................................................................40
**LIFE & AD&D INSURANCE** ...................................................................................41
LIFE INSURANCE BENEFITS......................................................................................41
  Coverage for Yourself............................................................................................41
  Coverage for Your Spouse .......................................................................................41
  Coverage for Your Child(ren) ...................................................................................41
  Imputed Income Notice...........................................................................................41
  Waiver of Life Insurance Premium ............................................................................41
  Accelerated (Living) Benefit For Terminal Illness .........................................................42
  Death Benefit Claim ..............................................................................................42
AD&D BENEFITS ...................................................................................................42
  Coverage Amounts Available ...................................................................................42
  Maximum Benefit .................................................................................................42
  Table of AD&D Loss .............................................................................................43
  Qualification for AD&D Benefits ..............................................................................43

Coma ...........................................................................................................................43
24-Hour All Risk Accident Protection-Business and Pleasure ................................43
Exposure and Disappearance .....................................................................................44
Seat Belt Benefit.........................................................................................................44
Seat Belt Exclusions...................................................................................................44
Payment of Benefits ...................................................................................................44
LIMITS & EXCLUSIONS ....................................................................................................44
BENEFICIARY ....................................................................................................................45
Death Benefit..............................................................................................................45
Dependent Life Beneficiary .......................................................................................46
Conversion Privilege ..................................................................................................46
**DISABILITY & LEAVES**.................................................................................................**46**
COORDINATION OF YOUR BENEFITS WHILE ON LEAVE ...................................................46
STEPS FOR TAKING A LEAVE OF ABSENCE ......................................................................48
SHORT TERM DISABILITY ................................................................................................49
Schedule of STD Benefits...........................................................................................49
Benefit Payments........................................................................................................49
When Coverage Ends ..................................................................................................49
Disability Benefit Offset .............................................................................................49
Successive Disabilities ................................................................................................49
Limits & Exclusions....................................................................................................50
LONG TERM DISABILITY ..................................................................................................50
Schedule of LTD Benefits...........................................................................................50
Maximum Benefit Period ...........................................................................................50
When Payments Commence.........................................................................................51
When Payments End ....................................................................................................51
Reduction in Benefits ..................................................................................................51
Recovery of Overpayment ..........................................................................................52
When Coverage Ends ..................................................................................................52
Reinstatement..............................................................................................................52
Successive Disabilities ................................................................................................52
LTD LIMITS & EXCLUSIONS ............................................................................................52
Mental Illness, Alcoholism and Drug Abuse ............................................................52
Pre-existing Conditions...............................................................................................52
Other Exclusions .........................................................................................................53
LTD ADDITIONAL REQUIREMENTS & BENEFITS ..............................................................53
Rehabilitation During A Period of Disability .............................................................53
Trial Work Days..........................................................................................................53
Reasonable Accommodation Benefit ..........................................................................53
Social Security Assistance Program............................................................................53
Family Care Credit Benefit .........................................................................................54
Survivor Benefit ..........................................................................................................54
Incontestability ...........................................................................................................54
**PLAN ADMINISTRATION** ...........................................................................................**54**
FUNDING & ADMINISTRATION..........................................................................................54
PAYMENT RULES ..............................................................................................................55
Benefit Payments........................................................................................................55

    Recovery of Excess Payments.................................................................................55
    Coordination/Nonduplication of Benefits ...............................................................55
    Subrogation ..............................................................................................................56
CLAIMS PROCEDURE.........................................................................................................56
    Submitting Claims....................................................................................................56
    Deciding Claims.......................................................................................................57
APPEALS PROCEDURE........................................................................................................58
    Request for Review ..................................................................................................58
    Your Rights on Review ............................................................................................58
    Urgent Care Claims..................................................................................................58
    Pre-Service Claims...................................................................................................58
    Post-Service Claims .................................................................................................58
    Disability Claims .....................................................................................................59
    Other Claims ...........................................................................................................59
    Review of Denial.....................................................................................................59
HIPPA PRIVACY RIGHTS ...................................................................................................60
PLAN CHANGES & ERISA RIGHTS....................................................................................60
    Plan Changes ...........................................................................................................60
    Your ERISA Rights.................................................................................................60
QUICK REFERENCE CHART.................................................................................................62
**FORMS**...........................................................................................................................64

For purposes of any treatment provided to your dependent children, whether our plan will be considered "primary" depends on a complicated set of rules. Generally, our plan is "primary" if your child is covered as a dependent under our plan and your spouse's plan, you and your spouse are not divorced or separated, and your birthday occurs earlier in the year than your spouse's. If you are divorced or separated, our plan generally will be considered "primary" if you have been ordered by the court to provide for your child's health care expenses or if you have legal custody or your child.

If you have any questions concerning how these provisions affect your benefits, contact the Benefits Department.

**Subrogation** – If you are injured or become ill as a result of a third-party's act or omission, as a condition of receiving treatment covered by the Plan for such injury or illness you are agreeing to:

- repay the plan any amounts recovered (whether by settlement, court order or otherwise) from the third party, the third party's personal representative or the third party's insurance carrier(s) on account of your injury or illness, up to the lesser of:
  - the value of benefits under the plan that have been, and will be, provided on account of the injury or illness; or
  - the amount of the recovery remaining after deducting reasonable and necessary attorney fees and costs incurred by you in obtaining the recovery.
- instruct your attorney to repay the plan the amounts described above from any such recovery; and
- cooperate fully and assist the plan in asserting its rights against the third party, the third party's personal representative, or the third party's insurance carrier(s) (including, but not limited to, executing any documents necessary for the plan to seek recovery directly against the third party, the third party's personal representative, or the third party's insurance carrier(s)).

## CLAIMS PROCEDURE

**Submitting Claims** – Generally, if you think you should get coverage and/or benefits under the Plans, you or your duly authorized representative (such as a family member, doctor, or attorney) can file a claim. You must follow this claims procedure and the appeals procedure (discussed below) before you can bring any legal action.

You do not have to submit a claim for treatment or services rendered by an in-network provider under the PPO Medical Plan or for any covered treatment or services for behavioral health, but you are responsible for ensuring that the provider submits the claim. If you receive treatment or services from an out-of-network provider under the PPO Medical Plan or if you are covered by the Indemnity Plan, you must submit a claim for any covered treatment or services by using the Health Claim Transmittal Form (located in the "Forms" section).

You do not have to submit a claim for treatment or services rendered by a participating DMO dentist, but you are responsible for ensuring that the dentists submits the claim. A claim form (available from CIGNA) is required for reimbursement of any covered treatment or services rendered by a non-participating DMO dentist in the event of emergency.



PETsMART INC.

**SmartChoices and Flexible Benefits Plans**

**Summary Plan Description**

**Effective January 1, 2005**

# TABLE OF CONTENTS

OVERVIEW ................................................................................................................................. 1

ELIGIBILITY & PARTICIPATION ......................................................................................... 2

MEDICAL BENEFITS .............................................................................................................. 8

DENTAL BENEFITS ............................................................................................................... 23

VISION BENEFITS ................................................................................................................. 34

FLEXIBLE SPENDING ACCOUNTS ................................................................................... 36

LIFE & AD&D INSURANCE ................................................................................................. 40

DISABILITY & LEAVES ........................................................................................................ 45

PLAN ADMINISTRATION .................................................................................................... 53

FORMS ...................................................................................................................................... 63

Our plan will be considered "secondary" if the other group health plan does not require coordination of benefits. If the other group health plan requires coordination of benefits, generally, our plan will be considered "primary" for purposes of any treatment provided to an associate, but will be considered "secondary" for any treatment provided to an associate's spouse.

For purposes of any treatment provided to your dependent children, whether our plan will be considered "primary" depends on a complicated set of rules. Generally, our plan is "primary" if your child is covered as a dependent under our plan and your spouse's plan, you and your spouse are not divorced or separated, and your birthday occurs earlier in the year than your spouse's. If you are divorced or separated, our plan generally will be considered "primary" if you have been ordered by the court to provide for your child's health care expenses or if you have legal custody or your child.

If you have any questions concerning how these provisions affect your benefits, contact the Benefits Department.

**Subrogation** – If you are injured or become ill as a result of a third-party's act or omission, as a condition of receiving treatment covered by the Plan for such injury or illness you are agreeing to:

- repay the plan any amounts recovered (whether by settlement, court order or otherwise) from the third party, the third party's personal representative or the third party's insurance carrier(s) on account of your injury or illness, up to the lesser of:
    - the value of benefits under the plan that have been, and will be, provided on account of the injury or illness; or
    - the amount of the recovery remaining after deducting reasonable and necessary attorney fees and costs incurred by you in obtaining the recovery.
- instruct your attorney to repay the plan the amounts described above from any such recovery; and
- cooperate fully and assist the plan in asserting its rights against the third party, the third party's personal representative, or the third party's insurance carrier(s) (including, but not limited to, executing any documents necessary for the plan to seek recovery directly against the third party, the third party's personal representative, or the third party's insurance carrier(s)).

## CLAIMS PROCEDURE

**Submitting Claims** – Generally, if you think you should get coverage and/or benefits under the Plans, you or your duly authorized representative (such as a family member, doctor, or attorney) can file a claim. You must follow this claims procedure and the appeals procedure (discussed below) before you can bring any legal action.

You do not have to submit a claim for treatment or services rendered by an in-network provider under the PPO Medical Plan or for any covered treatment or services for behavioral health, but you are responsible for ensuring that the provider submits the claim. If you receive treatment or services from an out-of-network provider under the PPO Medical Plan or if you are covered by the Indemnity Plan, you must submit a claim for any covered treatment or services by using the Health Claim Transmittal Form (located in the "Forms" section).



**PetSmart Inc.**

**SmartChoices and Flexible Benefits Plans**

**Summary Plan Description**

**Effective January 1, 2006**

# TABLE OF CONTENTS

Overview ........................................................................................................................................... 1
    Benefits at a Glance ................................................................................................................... 1

Eligibility & Participation ................................................................................................................ 3
    Enrollment Rules ........................................................................................................................ 3
    Making Changes ......................................................................................................................... 6
    When Coverage Ends ................................................................................................................. 8
    COBRA Continuation Coverage .............................................................................................. 10

Medical Benefits ........................................................................................................................... 20
    Schedule of Medical Benefits .................................................................................................. 20
    Prescription Drug Program ...................................................................................................... 28
    Mail Order Prescription Drug Program ................................................................................... 30
    Prescription Management Programs ......................................................................................... 31
    Special Rights Following Mastectomy ..................................................................................... 32
    Mother's and Newborn's Rights .............................................................................................. 32
    Utilization Review ................................................................................................................... 33
    Limits & Exclusions ................................................................................................................ 34
    Pre-Existing Conditions ........................................................................................................... 38
    Behavioral Health Benefits ...................................................................................................... 39
    Schedule of Behavioral Health Benefits .................................................................................. 40
    Limits & Exclusions ................................................................................................................ 41
    Employee Assistance Plan (EAP) ............................................................................................ 42

Dental Benefits ............................................................................................................................. 43
    Highlights – Dental Plans I & II .............................................................................................. 43
    Schedule of Dental Benefits ..................................................................................................... 44
    Limits & Exclusions – Dental Plans I & II ............................................................................... 46
    Highlights – DMO Plan ........................................................................................................... 48
    Limits & Exclusions – DMO Plan ........................................................................................... 49
    DMO Patient Charge Schedule ................................................................................................ 50

Vision Benefits ............................................................................................................................. 56
    Schedule of Vision Benefits .................................................................................................... 56
    Limitations & Exclusions ........................................................................................................ 57

Flexible Spending Accounts .......................................................................................................... 58
    Health Care FSA ...................................................................................................................... 58
    Dependent Day Care FSA ........................................................................................................ 59
    Filing Claims For FSA Reimbursement ................................................................................... 60

Life & AD&D Insurance ................................................................................................................ 63
    Life Insurance Benefits ............................................................................................................ 63
    AD&D Benefits ....................................................................................................................... 64
    Life and AD&D Limits & Exclusions ...................................................................................... 67
    Beneficiary .............................................................................................................................. 67

Disability & Leaves ....................................................................................................................... 69
    Coordination of Your Benefits While on Leave ....................................................................... 69
    Steps for Taking a Leave of Absence ....................................................................................... 70
    Short Term Disability (excluding NJ, CA, RI, and HI) ............................................................. 71
    Schedule of STD Benefits ........................................................................................................ 71
    Long Term Disability ............................................................................................................... 72
    Schedule of LTD Benefits ........................................................................................................ 72

Maximum Benefit Period ................................................................................................ 73
LTD Limits & Exclusions ............................................................................................... 75
LTD Additional Requirements & Benefits ...................................................................... 76

Plan Administration ........................................................................................................... 78
Funding & Administration ............................................................................................... 78
Payment Rules ................................................................................................................. 78
Claims Procedure ............................................................................................................. 80
Appeal Procedures ........................................................................................................... 81
HIPAA Privacy Rights ..................................................................................................... 84
Plan Changes .................................................................................................................... 85
ERISA Rights ................................................................................................................... 85

Quick Reference Chart ......................................................................................................... 87
Glossary of Defined Terms ................................................................................................... 89

Forms ................................................................................................................................... 97

- determination that expenses are Usual, Reasonable, and Customary; and
- coordination of benefits/third party recovery (i.e., subrogation).

**May the Plan Recover Excess Payments?**  If payments are made in excess of the amount necessary to satisfy the provisions of the Plans, the Plans may recover these excess payments from any individual, insurance company or other organization to whom the excess payments were made or withhold payment on future benefits until the overpayment is recovered.

**Are Benefits Coordinated?**  The Company coordinates benefit payments with other group health plans under which a person may be covered so that the total benefits paid will not exceed the charges. These provisions only apply if you (or your Eligible Dependents) are covered under another group health plan in addition to the Plan.  If you are covered under another group health plan and our Plan is considered "primary," benefits will be paid from our Plan without regard to the other plan. However, if our Plan is considered "secondary," benefits paid from our Plan will be reduced by any amounts payable from the other group health plan.

Our Plan will be considered "secondary" if the other group health plan does not require coordination of benefits. If the other group health plan requires coordination of benefits, generally, our Plan will be considered "primary" for purposes of any treatment provided to an Associate, but will be considered "secondary" for any treatment provided to an Associate's Spouse.

For purposes of any treatment provided to your Eligible Children, whether our Plan will be considered "primary" depends on a complicated set of rules. Generally, our Plan is "primary" if your child is covered as a dependent under our Plan and your Spouse's Plan, you and your Spouse are not divorced or separated, and your birthday occurs earlier in the year than your Spouse's. If you are divorced or separated, our Plan generally will be considered "primary" if you have been ordered by the court to provide for your child's health care expenses or if you have legal custody or your child.

If you have any questions concerning how these provisions affect your benefits, contact the Benefits Department.

**Am I Required to Reimburse the Plan If I Am Injured By a Third Party?**  If you are injured or become ill as a result of a third-party's act or omission, as a condition of receiving treatment covered by the Plan for such injury or illness you are agreeing to:

- repay the Plan any amounts recovered (whether by settlement, court order or otherwise) from the third party, the third party's personal representative or the third party's insurance carrier(s) on account of your injury or illness, up to the lesser of:
  - the value of benefits under the Plan that have been, and will be, provided on account of the injury or illness; or
  - the amount of the recovery remaining after deducting reasonable and necessary attorney fees and costs incurred by you in obtaining the recovery.
- instruct your attorney to repay the Plan the amounts described above from any such recovery; and

- cooperate fully and assist the Plan in asserting its rights against the third party, the third party's personal representative, or the third party's insurance carrier(s) (including, but not limited to, executing any documents necessary for the Plan to seek recovery directly against the third party, the third party's personal representative, or the third party's insurance carrier(s)).

If you or anyone who collects on your behalf from a third-party does not reimburse the Plan as required by the Plan or any documentation that you sign, such failure may be treated as a breach of contract, and the Plan may pursue all rights and remedies available to it.

If you refuse to sign any requested documentation in the form presented to you by the Administrator, you will not have satisfied all conditions for payment of the claimed benefits. The claimed benefits will be deemed excluded from coverage under the Plan and will not be paid. If any such benefits are inadvertently paid by the Plan, your future benefits may be reduced until the excess amount has been repaid to the Plan.

## CLAIMS PROCEDURE

**How Do I Submit Claims?**  Generally, if you think you should get coverage and/or benefits under the Plans, you or your duly authorized representative (such as a family member, doctor, or attorney) can file a claim. You must follow (and exhaust) this claims procedure and the appeals procedure (discussed below) before you can bring any legal action. Legal action must be commenced within one year after you receive the Claim Reviewer's decision.

You do not have to submit a claim for treatment or services rendered by an in-network provider under the PPO or EPO Medical Plan or for any Covered Services for behavioral health, but you are responsible for ensuring that the provider submits the claim within one year of treatment. If you receive treatment or services from an out-of-network provider under the PPO Medical Plan or if you are covered by the Indemnity Plan, you must submit a claim within one year of treatment for any covered treatment or services by using the Medical Claim Form (See "Forms" on page 97).

You do not have to submit a claim for treatment or services rendered by a participating DMO Dentist, but you are responsible for ensuring that the Dentist submits the claim within one year of treatment. A claim form (available from CIGNA) is required for reimbursement of any Covered Services rendered by a non-participating DMO Dentist in the event of Emergency.

You do not have to submit a claim for treatment or services rendered by a participating Dentist in Dental Plan I or Dental Plan II, but you are responsible for ensuring that the Dentist submits the claim within one year of treatment. A claim form is required for reimbursement of any covered treatment or services rendered by a non-participating Dentist (see the "CIGNA Dental PPO Claim Form" under "Forms" on page 97).

For Vision Plan services, if you use a VSP provider, your provider should bill VSP directly. If you use a non-VSP provider, you must submit a request to VSP for reimbursement of covered expenses within one year of treatment. Forms are available from VSP.

You must submit a claim form to receive reimbursement from your FSA(s) (located under "Forms" on page 97). See "Filing Claims for FSA Reimbursement" on page 60 for details.

# EXHIBIT B

# Medical
# Payment
# Summary

# Medical Payment Summary

Claimant: DAVIDSON, JANET
Date of Incident: 11/01/2003
Last Update: 08/23/2006
ISS File Number: 1960268

**ingenix**

Total Billed: $179,880.39
Total Paid: $100,463.84
created on: 04/12/2007

Page 1

| First Date of Service | Claim Number | Provider | Amount Billed | Amount Paid | Paid Date | Capitated* | Diagnosis Codes |
|---|---|---|---|---|---|---|---|
| 11/26/2003 | 0811158070011 | RECONSTRUCTIVE ORTHOPAEDIC ASSOC PC | $120.00 | $79.72 | 12/19/2003 | No | 717.7, 726.10 |
| 11/26/2003 | 0811158070012 | RECONSTRUCTIVE ORTHOPAEDIC ASSOC PC | $85.00 | $38.08 | 12/19/2003 | No | 717.7, 726.10 |
| 12/03/2003 | 0808290912011 | JEFFREY J HECKERT | $90.00 | $56.30 | 12/15/2003 | No | 726.10, 477.9 |
| 12/03/2003 | 0808290912012 | JEFFREY J HECKERT | $165.00 | $62.31 | 12/15/2003 | No | 726.10, 477.9 |
| 03/04/2004 | 0904032680011 | CN MRI PA | $102.50 | $45.00 | 06/11/2004 | No | 724.3 |
| 03/04/2004 | 0909193208011 | JEFFREY J HECKERT | $90.00 | $56.50 | 06/19/2004 | No | 724.5 |
| 03/09/2004 | 0904032670011 | CN MRI PA | $102.50 | $45.00 | 06/11/2004 | No | 724.5 |
| 03/19/2004 | 0864869129011 | CN MRI PA | $958.00 | $274.80 | 04/06/2004 | No | 724.3 |
| 03/19/2004 | 0864869129012 | CN MRI PA | $1,066.00 | $639.60 | 04/06/2004 | No | 724.3 |
| 04/05/2004 | 0878279498011 | BRIAN PRIGG | $90.00 | $54.00 | 04/27/2004 | No | 717.9, 724.5 |
| 04/06/2004 | 0874807241011 | CN MRI PA | $82.00 | $49.20 | 04/21/2004 | No | 722.10 |
| 04/15/2004 | 0876818917011 | BRIAN PRIGG | $90.00 | $54.00 | 04/27/2004 | No | 724.5 |
| 04/15/2004 | 0876818917013 | BRIAN PRIGG | $10.00 | $2.40 | 04/27/2004 | No | 724.5 |
| 04/21/2004 | 0879118842011 | BRIAN PRIGG | $65.00 | $39.00 | 04/28/2004 | No | 724.5 |
| 05/10/2004 | 0896129491011 | COASTAL PAIN CARE PHYSICIANS P | $280.00 | $81.00 | 05/28/2004 | No | 722.52, 722.11, 719.46, 721.3 |
| 05/24/2004 | 0902686552011 | COASTAL PAIN CARE PHYSICIANS P | $155.00 | $46.20 | 06/10/2004 | No | 722.52, 722.51 |
| 06/10/2004 | 0909822157011 | SURGICAL MONITORING ASCS INC | $107.00 | $107.00 | 07/07/2004 | No | 721.41, 721.41, 724.3 |
| 06/10/2004 | 0909822157011 | SURGICAL MONITORING ASCS INC | $338.15 | $338.15 | 07/07/2004 | No | |
| 06/10/2004 | 0909822157012 | SURGICAL MONITORING ASCS INC | $87.50 | $87.50 | 08/04/2004 | No | 724.3 |
| 06/10/2004 | 0909822157012 | SURGICAL MONITORING ASCS INC | $437.43 | $437.43 | 07/07/2004 | No | 721.41 |
| 06/10/2004 | 0909822157013 | SURGICAL MONITORING ASCS INC | $437.43 | $437.43 | 07/07/2004 | No | 721.41 |
| 06/10/2004 | 0909822157015 | SURGICAL MONITORING ASCS INC | $110.00 | $110.00 | 07/07/2004 | No | 721.41 |
| 06/10/2004 | 0909822157016 | SURGICAL MONITORING ASCS INC | $2,329.70 | $2,329.70 | 07/07/2004 | No | 721.41 |
| 06/10/2004 | 0909822157017 | SURGICAL MONITORING ASCS INC | $2,328.30 | $28.30 | 07/07/2004 | No | 721.41 |
| 06/10/2004 | 0914105460011 | THOMAS JEFFERSON UNIV HSP INC | $12,040.00 | $12,040.00 | 07/06/2004 | No | 724.2 |
| 06/10/2004 | 0914105460013 | THOMAS JEFFERSON UNIV HSP INC | $73,020.58 | $38,251.55 | 07/06/2004 | No | 721.41 |
| 06/10/2004 | 0916263417011 | REHANA JAN | $110.00 | $35.48 | 07/01/2004 | No | 722.72 |
| 06/10/2004 | 0917147346011 | MARK T CURTIS | $109.00 | $11.04 | 07/02/2004 | No | 721.41 |
| 06/10/2004 | 0917147346012 | MARK T CURTIS | $187.00 | $11.59 | 07/02/2004 | No | 722.72 |
| 06/10/2004 | 0917147352011 | MURRAY J COHEN | $5,600.00 | $1,550.56 | 07/14/2004 | No | 722.72 |
| 06/10/2004 | 0917147352012 | MURRAY J COHEN | $2,200.00 | $175.35 | 07/14/2004 | No | 724.9 |
| 06/10/2004 | 0938416110011 | DAVID KARASICK | $42.00 | $10.96 | 08/11/2004 | No | 721.41 |
| 06/10/2004 | 0982335145021 | RECONSTRUCTIVE ORTHOPAEDIC ASSOC PC | $1,100.00 | $168.49 | 10/29/2004 | No | |
| 06/10/2004 | 0983440223014 | RECONSTRUCTIVE ORTHOPAEDIC ASSOC PC | $10,800.00 | $2,588.12 | 11/01/2004 | No | 721.41, V45.4 |
| 06/10/2004 | 0983440223015 | RECONSTRUCTIVE ORTHOPAEDIC ASSOC PC | $2,400.00 | $305.58 | 11/01/2004 | No | 721.41, V45.4 |
| 06/10/2004 | 0983440223021 | RECONSTRUCTIVE ORTHOPAEDIC ASSOC PC | $8,900.00 | $1,538.54 | 11/01/2004 | No | 721.41, V45.4 |
| 06/10/2004 | 0983440223022 | RECONSTRUCTIVE ORTHOPAEDIC ASSOC PC | $4,500.00 | $1,378.06 | 11/01/2004 | No | 721.41, V45.4 |
| 06/10/2004 | 0983440223023 | RECONSTRUCTIVE ORTHOPAEDIC ASSOC PC | $1,455.00 | $231.80 | 11/01/2004 | No | 721.41, V45.4 |
| 06/11/2004 | 0911571405011 | DAVID KARASICK | $42.00 | $9.77 | 06/23/2004 | No | 724.9 |

* The amount of our claim includes the reasonable value of services furnished on a pre-paid capitated basis.

**Medical Payment Summary**

Claimant: DAVIDSON, JANET
Date of Incident: 11/01/2003
Last Update: 08/23/2006
ISS File Number: 1960268

Total Billed: $179,880.39
Total Paid: $100,463.84
created on: 04/12/2007

| First Date of Service | Claim Number | Provider | Amount Billed | Amount Paid | Paid Date | Capitated* | Diagnosis Codes |
|---|---|---|---|---|---|---|---|
| 06/14/2004 | 0914105480012 | THOMAS JEFFERSON UNIV HSP INC | $4,340.00 | $4,340.00 | 07/06/2004 | No | 722.72 |
| 06/17/2004 | 0931617509011 | BEEBE HOME HEALTH AGENCY | $127.00 | $76.20 | 08/05/2004 | No | 721.91 |
| 06/17/2004 | 0931617509012 | BEEBE HOME HEALTH AGENCY | $128.00 | $76.80 | 08/05/2004 | No | 721.91 |
| 06/17/2004 | 0931617509013 | BEEBE HOME HEALTH AGENCY | $127.00 | $76.20 | 08/05/2004 | No | 721.91 |
| 06/17/2004 | 0931617509014 | BEEBE HOME HEALTH AGENCY | $128.00 | $76.80 | 08/05/2004 | No | 721.91 |
| 06/17/2004 | 0931617509021 | BEEBE HOME HEALTH AGENCY | $127.00 | $76.20 | 08/05/2004 | No | 721.91 |
| 06/17/2004 | 0931617509022 | BEEBE HOME HEALTH AGENCY | $128.00 | $76.80 | 08/05/2004 | No | 721.91 |
| 06/21/2004 | 0917655415011 | COASTAL PAIN CARE PHYSICIANS P | $155.00 | $46.20 | 07/07/2004 | No | 722.52 |
| 06/28/2004 | 0921180454011 | COASTAL PAIN CARE PHYSICIANS P | $155.00 | $46.20 | 07/14/2004 | No | 722.51, 724.1 |
| 07/26/2004 | 0931503551011 | COASTAL PAIN CARE PHYSICIANS P | $155.00 | $46.20 | 07/31/2004 | No | 722.52 |
| 08/24/2004 | 0983440223025 | RECONSTRUCTIVE ORTHOPAEDIC ASSOC PC | $110.00 | $49.02 | 11/01/2004 | No | 721.41, V45.4 |
| 08/26/2004 | 0950205729011 | JEFFREY J HECKERT | $90.00 | $56.30 | 09/02/2004 | No | 724.5 |
| 08/31/2004 | 0951914885011 | GABRIEL J SOMORI | $245.00 | $70.20 | 09/06/2004 | No | 724.1, 724.4, 722.52 |
| 08/31/2004 | 0960032820011 | DYNAMIC PT OF LONGNECK INC | $28.00 | $16.80 | 09/27/2004 | No | 724.5 |
| 08/31/2004 | 0960032820012 | DYNAMIC PT OF LONGNECK INC | $39.00 | $23.40 | 09/27/2004 | No | 724.5 |
| 08/31/2004 | 0960032821011 | DYNAMIC PT OF LONGNECK INC | $150.00 | $65.40 | 09/27/2004 | No | 724.5 |
| 09/01/2004 | 0960032818013 | DYNAMIC PT OF LONGNECK INC | $45.00 | $27.00 | 09/27/2004 | No | 724.5 |
| 09/01/2004 | 0960032818014 | DYNAMIC PT OF LONGNECK INC | $165.00 | $99.00 | 09/27/2004 | No | 724.5 |
| 09/02/2004 | 0959517541011 | DYNAMIC PT OF LONGNECK INC | $165.00 | $99.00 | 09/27/2004 | No | 724.5 |
| 09/03/2004 | 1032613128011 | ASHIMA LALL | $241.00 | $241.00 | 01/27/2005 | No | 724.02 |
| 09/08/2004 | 0961485580012 | DYNAMIC PT OF LONGNECK INC | $220.00 | $132.00 | 09/28/2004 | No | 724.5, 781.2 |
| 09/09/2004 | 0961465480012 | DYNAMIC PT OF LONGNECK INC | $220.00 | $170.00 | 09/28/2004 | No | 724.5, 781.2 |
| 09/13/2004 | 0967066483012 | DYNAMIC PT OF LONGNECK INC | $220.00 | $132.00 | 10/08/2004 | No | 724.5 |
| 09/14/2004 | 0950089163011 | GABRIEL J SOMORI | $205.00 | $123.00 | 09/21/2004 | No | 721.3, 722.52 |
| 09/14/2004 | 0950089163012 | GABRIEL J SOMORI | $140.00 | $84.00 | 09/21/2004 | No | 721.3, 722.52 |
| 09/14/2004 | 0950089163013 | GABRIEL J SOMORI | $205.00 | $123.00 | 09/21/2004 | No | 721.3, 722.52 |
| 09/14/2004 | 0950089163014 | GABRIEL J SOMORI | $140.00 | $84.00 | 09/21/2004 | No | 721.3, 722.52 |
| 09/14/2004 | 0950089163015 | GABRIEL J SOMORI | $88.00 | $45.00 | 09/21/2004 | No | 721.3 |
| 09/14/2004 | 0966459415011 | COASTAL PAIN CARE CENTER | $4,150.00 | $2,500.00 | 10/25/2004 | No | 721.3, 722.52 |
| 09/14/2004 | 0988606155011 | COASTAL PAIN CARE CENTER | $5,300.00 | $5,300.00 | 12/02/2004 | No | 721.3, 722.52 |
| 09/16/2004 | 0967065484012 | DYNAMIC PT OF LONGNECK INC | $220.00 | $132.00 | 10/08/2004 | No | 724.5 |
| 09/17/2004 | 0967065485011 | DYNAMIC PT OF LONGNECK INC | $55.00 | $33.00 | 10/08/2004 | No | 724.5 |
| 09/17/2004 | 0967065485013 | DYNAMIC PT OF LONGNECK INC | $165.00 | $99.00 | 10/08/2004 | No | 724.5 |
| 09/21/2004 | 0971223661011 | DYNAMIC PT OF LONGNECK INC | $55.00 | $55.00 | 10/13/2004 | No | 724.5, 781.2 |
| 09/21/2004 | 0971223661013 | DYNAMIC PT OF LONGNECK INC | $165.00 | $165.00 | 10/13/2004 | No | 724.5, 781.2 |
| 09/23/2004 | 0970510252011 | DYNAMIC PT OF LONGNECK INC | $47.00 | $28.20 | 10/11/2004 | No | 724.5 |
| 09/23/2004 | 0970510252012 | DYNAMIC PT OF LONGNECK INC | $165.00 | $99.00 | 10/11/2004 | No | 724.5 |
| 09/23/2004 | 0970510252015 | DYNAMIC PT OF LONGNECK INC | $8.00 | $8.00 | 10/11/2004 | No | 724.5 |
| 09/24/2004 | 0970510251011 | DYNAMIC PT OF LONGNECK INC | $55.00 | $55.00 | 10/13/2004 | No | 724.5, 781.2 |
| 09/24/2004 | 0970510251013 | DYNAMIC PT OF LONGNECK INC | $165.00 | $165.00 | 10/13/2004 | No | 724.5, 781.2 |
| 09/27/2004 | 0986037826011 | JEFFREY J HECKERT | $65.00 | $11.77 | 09/30/2004 | No | 724.5 |
| 09/28/2004 | 0969694259011 | GABRIEL J SOMORI | $245.00 | $70.20 | 10/04/2004 | No | 721.3, 724.4 |
| 09/28/2004 | 0977844729011 | DYNAMIC PT OF LONGNECK INC | $55.00 | $55.00 | 11/01/2004 | No | 724.5 |
| 09/28/2004 | 0977844729013 | DYNAMIC PT OF LONGNECK INC | $165.00 | $165.00 | 11/01/2004 | No | 724.5 |
| 09/30/2004 | 0977844730011 | DYNAMIC PT OF LONGNECK INC | $55.00 | $55.00 | 11/01/2004 | No | 724.5 |
| 09/30/2004 | 0977844730013 | DYNAMIC PT OF LONGNECK INC | $165.00 | $165.00 | 11/01/2004 | No | 724.5 |

* The amount of our claim includes the reasonable value of services furnished on a pre-paid capitated basis.

Page 2

**ingenix**

# Medical Payment Summary

Claimant: DAVIDSON, JANET
Date of Incident: 11/01/2003
Last Update: 08/23/2006
ISS File Number: 1960268

Total Billed: $179,880.39
Total Paid: $100,463.84
created on: 04/12/2007

| First Date of Service | Claim Number | Provider | Amount Billed | Amount Paid | Paid Date | Capitated* | Diagnosis Codes |
|---|---|---|---|---|---|---|---|
| 10/01/2004 | 0977844728011 | DYNAMIC PT OF LONGNECK INC | $55.00 | $55.00 | 11/01/2004 | No | 724.5 |
| 10/01/2004 | 0977844728012 | DYNAMIC PT OF LONGNECK INC | $45.00 | $45.00 | 11/01/2004 | No | 724.5 |
| 10/01/2004 | 0977844728013 | DYNAMIC PT OF LONGNECK INC | $165.00 | $45.00 | 11/01/2004 | No | 724.5 |
| 10/01/2004 | 0977844728014 | DYNAMIC PT OF LONGNECK INC | $39.00 | $39.00 | 11/01/2004 | No | 724.5 |
| 10/05/2004 | 0977991930011 | DYNAMIC PT OF LONGNECK INC | $55.00 | $55.00 | 11/01/2004 | No | 724.5 |
| 10/05/2004 | 0977991930012 | DYNAMIC PT OF LONGNECK INC | $165.00 | $135.00 | 11/01/2004 | No | 724.5 |
| 10/05/2004 | 0977991930013 | DYNAMIC PT OF LONGNECK INC | $165.00 | $135.00 | 11/01/2004 | No | 724.5 |
| 10/07/2004 | 0977991929013 | DYNAMIC PT OF LONGNECK INC | $39.00 | $39.00 | 11/01/2004 | No | 724.5 |
| 10/07/2004 | 0978859944011 | DYNAMIC PT OF LONGNECK INC | $85.00 | $55.00 | 11/01/2004 | No | 724.5 |
| 10/12/2004 | 0975118719011 | GABRIEL J SOMORI | $220.00 | $220.00 | 10/22/2004 | No | 722.52 |
| 10/12/2004 | 0975118719012 | GABRIEL J SOMORI | $88.00 | $45.00 | 10/22/2004 | No | 722.52 |
| 10/12/2004 | 1013455406011 | COASTAL PAIN CARE CENTER | $2,300.00 | $1,840.00 | 01/10/2005 | No | 720.2, 722.52 |
| 10/27/2004 | 0984453769011 | GABRIEL J SOMORI | $155.00 | $77.00 | 11/03/2004 | No | 724.1 |
| 11/10/2004 | 0993105612011 | GABRIEL J SOMORI | $155.00 | $77.00 | 11/18/2004 | No | 724.1 |
| 11/12/2004 | 0994897274011 | JEFFREY J HECKERT | $90.00 | $56.30 | 11/18/2004 | No | 724.5 |
| 11/18/2004 | 0999252144011 | BAYHEALTH MEDICAL CENTER | $1,173.00 | $879.75 | 11/25/2004 | No | 729.5 |
| 11/18/2004 | 1003780515011 | MILFORD DIAGNOSTIC IMAGING INC | $241.00 | $241.00 | 12/06/2004 | No | 724.1 |
| 11/30/2004 | 1004052861011 | GABRIEL J SOMORI | $155.00 | $77.00 | 12/06/2004 | No | 720.2 |
| 12/07/2004 | 1008255446011 | GABRIEL J SOMORI | $200.00 | $200.00 | 12/14/2004 | No | 720.2 |
| 12/07/2004 | 1008255446012 | GABRIEL J SOMORI | $88.00 | $45.00 | 12/14/2004 | No | 720.2 |
| 12/09/2004 | 1010492903011 | JEFFREY J HECKERT | $120.00 | $101.46 | 12/16/2004 | No | 716.90, V70.0 |
| 12/16/2004 | 1015032274011 | GABRIEL J SOMORI | $200.00 | $200.00 | 01/05/2005 | No | 720.2 |
| 12/16/2004 | 1015032274012 | GABRIEL J SOMORI | $88.00 | $45.00 | 01/05/2005 | No | 720.2 |
| 01/16/2004 | 1071317916011 | IVANNE HERRERA | $88.00 | $73.33 | 07/18/2005 | No | 729.1 |
| 02/01/2005 | 1150686724011 | GABRIEL J SOMORI | $205.00 | $205.00 | 07/20/2005 | No | 721.3 |
| 02/01/2005 | 1150686724012 | GABRIEL J SOMORI | $140.00 | $140.00 | 07/20/2005 | No | 721.3 |
| 02/01/2005 | 1150686724013 | GABRIEL J SOMORI | $88.00 | $88.00 | 07/20/2005 | No | 721.3 |
| 02/01/2005 | 1168059320011 | COASTAL PAIN CARE CENTER | $2,150.00 | $2,150.00 | 09/07/2005 | No | 721.3 |
| 02/10/2005 | 1108596011011 | JEFFREY J HECKERT | $100.00 | $57.04 | 05/16/2005 | No | 729.1, 477.9 |
| 02/18/2005 | 1181960867011 | GABRIEL J SOMORI | $245.00 | $93.60 | 09/07/2005 | No | 721.3 |
| 03/01/2005 | 1059236185011 | GABRIEL J SOMORI | $245.00 | $71.98 | 03/08/2005 | No | 724.1 |
| 03/04/2005 | 1066645596011 | MILFORD GENERAL HOSP-BAYHEALTH MED CTR | $1,566.00 | $939.60 | 03/17/2005 | No | 719.45 |
| 03/04/2005 | 1068160952011 | MILFORD DIAGNOSTIC IMAGING | $241.00 | $147.00 | 03/22/2005 | No | 719.45 |
| 03/08/2005 | 1068997456011 | REHABILICARE DIV COMPEX TECHNOLOGY INC | $695.00 | $191.82 | 03/21/2005 | No | 724.1 |
| 03/08/2005 | 1068997456012 | REHABILICARE DIV COMPEX TECHNOLOGY INC | $85.00 | $50.24 | 03/21/2005 | No | 724.1 |
| 03/08/2005 | 1068997456013 | REHABILICARE DIV COMPEX TECHNOLOGY INC | $190.50 | $125.60 | 03/21/2005 | No | 724.1 |
| 03/08/2005 | 1068997456014 | REHABILICARE DIV COMPEX TECHNOLOGY INC | $27.00 | $21.60 | 03/21/2005 | No | 724.1 |
| 03/08/2005 | 1068997456015 | REHABILICARE DIV COMPEX TECHNOLOGY INC | $50.80 | $21.84 | 03/21/2005 | No | 724.1 |
| 03/28/2005 | 1076814361011 | GABRIEL J SOMORI | $155.00 | $61.60 | 04/04/2005 | No | 724.1 |
| 04/07/2005 | 1092202884011 | IVONNE HERRERA | $79.00 | $27.74 | 04/25/2005 | No | 729.0, 729.1, 780.79 |
| 04/11/2005 | 1085695009011 | JEFFREY J HECKERT | $100.00 | $57.04 | 04/15/2005 | No | 729.1, 477.9, 530.81 |

*The amount of our claim includes the reasonable value of services furnished on a pre-paid capitated basis.

Page 3

**ingenix**

# Medical Payment Summary

Claimant: DAVIDSON, JANET
Date of Incident: 11/01/2003
Last Update: 08/23/2006
ISS File Number: 1960268

Total Billed: $179,880.39
Total Paid: $100,463.84
created on: 04/12/2007

Page 4

| First Date of Service | Claim Number | Provider | Amount Billed | Amount Paid | Paid Date | Capitated* | Diagnosis Codes |
|---|---|---|---|---|---|---|---|
| 04/28/2005 | 1098361824011 | GABRIEL J SOMORI | $155.00 | $63.20 | 05/09/2005 | No | 724.1 |
| 05/18/2005 | 1111563907011 | GABRIEL J SOMORI | $155.00 | $63.20 | 05/25/2005 | No | 721.3, 729.1, 780.99 |
| 05/29/2005 | 1122957265012 | SUSSEX EMERGENCY ASSOCIATES | $243.00 | $194.40 | 06/13/2005 | No | 729.81 |
| 06/07/2005 | 1306020970011 | IVONNE HERRERA | $79.00 | $27.74 | 06/22/2005 | No | 724.5 |
| 06/15/2005 | 1127459872011 | GABRIEL J SOMORI | $155.00 | $63.20 | 06/21/2005 | No | 721.3, 722.52 |
| 06/21/2005 | 1132908015011 | GABRIEL J SOMORI | $205.00 | $205.00 | 06/29/2005 | No | 721.3 |
| 06/21/2005 | 1132908016011 | GABRIEL J SOMORI | $140.00 | $140.00 | 06/29/2005 | No | 721.3 |
| 06/21/2005 | 1132908020011 | GABRIEL J SOMORI | $88.00 | $36.00 | 06/29/2005 | No | 721.3 |
| 06/21/2005 | 1168059321011 | COASTAL PAIN CARE CENTER | $4,150.00 | $4,150.00 | 09/07/2005 | No | 721.3 |
| 07/12/2005 | 1181530830011 | GABRIEL J SOMORI | $205.00 | $205.00 | 09/06/2005 | No | 721.3 |
| 07/12/2005 | 1163663067011 | GABRIEL J SOMORI | $155.00 | $63.20 | 08/09/2005 | No | 721.3, 729.1, 780.99 |
| 07/13/2005 | 1159610806011 | JEFFREY J HECKERT | $70.00 | $37.42 | 08/05/2005 | No | 729.1 |
| 08/10/2005 | 1165299628011 | GABRIEL J SOMORI | $155.00 | $63.20 | 08/17/2005 | No | 724.1 |
| 08/11/2005 | 1169903874011 | REHABILICARE DIV COMPEX TECHNOLOGY INC | $27.00 | $21.60 | 08/23/2005 | No | 724.1 |
| 08/11/2005 | 1169903874012 | REHABILICARE DIV COMPEX TECHNOLOGY INC | $190.50 | $125.60 | 08/23/2005 | No | 724.1 |
| 08/15/2005 | 1174476577011 | IVONNE HERRERA | $79.00 | $27.74 | 08/30/2005 | No | 719.40, 729.1, 780.79 |
| 08/18/2005 | 1170500604011 | JEFFREY J HECKERT | $165.00 | $48.85 | 08/23/2005 | No | 840.4 |
| 08/24/2005 | 1177772639011 | MILFORD GENERAL HOSP-BAYHEALTH MED CTR | $100.00 | $60.00 | 09/02/2005 | No | 719.46 |
| 08/24/2005 | 1179928754011 | JEFFREY J JACKERSON | $27.00 | $16.32 | 09/09/2005 | No | 719.46 |
| 09/08/2005 | 1207160695011 | GABRIEL J SOMORI | $105.90 | $23.32 | 10/25/2005 | No | 724.1 |
| 09/08/2005 | 1207160695012 | GABRIEL J SOMORI | $49.10 | $49.10 | 10/25/2005 | No | 724.1 |
| 09/13/2005 | 1207160696011 | GABRIEL J SOMORI | $205.00 | $205.00 | 10/25/2005 | No | 721.3 |
| 09/13/2005 | 1207160696012 | GABRIEL J SOMORI | $140.00 | $140.00 | 10/25/2005 | No | 721.3 |
| 09/13/2005 | 1207160696013 | GABRIEL J SOMORI | $39.15 | $39.15 | 10/25/2005 | No | 721.3 |
| 09/13/2005 | 1207160696014 | GABRIEL J SOMORI | $48.85 | $48.85 | 10/25/2005 | No | 721.3 |
| 09/13/2005 | 1257067335012 | COASTAL PAIN CARE CENTER | $1,000.00 | $800.00 | 01/23/2006 | No | 721.42, 721.3, 721.3 |
| 09/19/2005 | 1207160693011 | COASTAL PAIN CARE PHYSICIANS P | $105.90 | $29.90 | 10/25/2005 | No | 721.3, 722.52, 729.1, 780.99 |
| 09/19/2005 | 1207160693012 | COASTAL PAIN CARE PHYSICIANS P | $49.10 | $49.10 | 10/25/2005 | No | 721.3, 722.52, 729.1, 780.99 |
| 09/21/2005 | 1191659524011 | JEFFREY J HECKERT | $100.00 | $75.22 | 09/26/2005 | No | 724.5 |
| 09/27/2005 | 1199413635011 | ASHIMA LALL | $241.00 | $144.00 | 10/08/2005 | No | 722.10 |
| 09/27/2005 | 1200462317011 | MILFORD GENERAL HOSP-BAYHEALTH MED CTR | $1,139.00 | $683.00 | 10/07/2005 | No | 724.2 |
| 10/04/2005 | 1210158598011 | COASTAL PAIN CARE PHYSICIANS P | $104.90 | $29.90 | 10/30/2005 | No | 724.1 |
| 10/04/2005 | 1210158598012 | COASTAL PAIN CARE PHYSICIANS P | $50.10 | $50.10 | 10/30/2005 | No | 724.1 |
| 10/05/2005 | 1206072630011 | JEFFREY J HECKERT | $100.00 | $75.22 | 10/18/2005 | No | 724.5 |
| 10/12/2005 | 1210391462011 | REHABILICARE DIV COMPEX TECHNOLOGY INC | $190.50 | $190.50 | 11/20/2005 | No | 724.1 |
| 10/17/2005 | 1212835629011 | IVONNE HERRERA | $89.00 | $34.68 | 11/01/2005 | No | 724.2, 780.79 |
| 11/22/2005 | 1229411138011 | GABRIEL J SOMORI | $155.00 | $80.00 | 11/21/2005 | No | 721.3, 722.52 |
| 11/17/2005 | 1231061485011 | JEFFREY J HECKERT | $100.00 | $94.02 | 11/22/2005 | No | 724.1 |
| 12/01/2005 | 1242188281011 | IVONNE HERRERA | $89.00 | $34.68 | 02/11/2005 | No | 716.16 |
| 12/01/2005 | 1250680023011 | COASTAL PAIN CARE PHYSICIANS P | $155.00 | $80.00 | 12/26/2005 | No | 722.52, 724.1, 724.2 |
| 12/13/2005 | 1256064595011 | GABRIEL J SOMORI | $650.00 | $381.00 | 01/03/2006 | No | 722.52, 721.3 |
| 12/13/2005 | 1256064595012 | GABRIEL J SOMORI | $88.00 | $45.00 | 01/03/2006 | No | 722.52, 721.3 |

* The amount of our claim includes the reasonable value of services furnished on a pre-paid capitated basis.

**ingenix**

# Medical Payment Summary

Claimant: DAVIDSON, JANET
Date of Incident: 11/01/2003
Last Update: 08/23/2006
ISS File Number: 1960268

Total Billed: $179,880.39
Total Paid: $100,463.84
created on: 04/12/2007

| First Date of Service | Claim Number | Provider | Amount Billed | Amount Paid | Paid Date | Capitated* | Diagnosis Codes |
|---|---|---|---|---|---|---|---|
| 12/13/2005 | 1257067334012 | COASTAL PAIN CARE CENTER | $1,000.00 | $800.00 | 01/23/2006 | No | 722.52, 721.3, 721.3 |
| 12/29/2005 | 1264245899011 | GABRIEL J SOMORI | $155.00 | $80.00 | 01/17/2006 | No | 721.3, 722.52 |
| 01/12/2006 | 1275357908011 | BEEBE MEDICAL CENTER | $424.00 | $322.24 | 01/30/2006 | No | 924.11 |
| 01/26/2006 | 1276898329011 | JEFFREY J HECKERT | $70.00 | $47.84 | 01/30/2006 | No | 812.20 |
| 01/26/2006 | 1280890834011 | COASTAL PAIN CARE PHYSICIANS P | $55.00 | $64.00 | 02/09/2006 | No | 724.1 |
| 02/07/2006 | 1289395921011 | IVONNE HERRERA | $89.00 | $27.74 | 03/03/2006 | No | 729.1, 729.0, 780.79 |
| 02/22/2006 | 1300922971011 | EDMUND T CARROLL III | $85.00 | $23.19 | 03/03/2006 | No | 812.03 |
| 03/01/2006 | 1301952309011 | GREGORY A BAHTIARIAN | $100.00 | $75.22 | 03/09/2006 | No | 812.20 |
| 03/23/2006 | 1326867495011 | GABRIEL J SOMORI | $155.00 | $64.00 | 04/11/2006 | No | 724.1 |
| 04/05/2006 | 1326557101011 | JEFFREY J HECKERT | $100.00 | $75.22 | 04/07/2006 | No | 812.20 |
| 04/27/2006 | 1386488740011 | GABRIEL J SOMORI | $155.00 | $64.00 | 07/05/2006 | No | 724.1 |
| 05/09/2006 | 1351729282011 | JEFFREY J HECKERT | $70.00 | $47.84 | 05/12/2006 | No | 782.3 |
| 05/11/2006 | 1374140867011 | GABRIEL J SOMORI | $1,000.00 | $391.20 | 06/19/2006 | No | 721.3 |
| 05/11/2006 | 1374140867012 | GABRIEL J SOMORI | $1,000.00 | $147.60 | 06/19/2006 | No | 721.3 |
| 05/11/2006 | 1374140867013 | GABRIEL J SOMORI | $1,000.00 | $147.60 | 06/19/2006 | No | 721.3 |
| 05/11/2006 | 1374140867014 | GABRIEL J SOMORI | $150.00 | $100.80 | 06/19/2006 | No | 721.3 |
| 05/22/2006 | 1367922661011 | IVONNE HERRERA | $89.00 | $27.74 | 06/05/2006 | No | 729.1, 780.79, 719.49 |
| 05/25/2006 | 1386786711011 | GABRIEL J SOMORI | $245.00 | $98.40 | 07/05/2006 | No | 721.3, 722.52 |
| 06/07/2006 | 1386786712011 | GABRIEL J SOMORI | $155.00 | $64.00 | 07/05/2006 | No | 721.3, 722.52 |
| | | Subtotals: | $179,880.39 | $100,463.84 | | | |

\* The amount of our claim includes the reasonable value of services furnished on a pre-paid capitated basis.

# EXHIBIT C

May 31, 2005

**VIA FACSIMILE & U.S. MAIL**
**NATIONWIDE INSURANCE**
**CLAIMS OFFICE**
**1160 GREENTREE DRIVE**
**DOVER, DE 19904**

**RE: Your Insured: Donita S Taylor**
**Your Claim #: 89079054332003110101**
**Injured Party: Janet M Davidson**
**Date of Injury: 11/01/2003**
**Group: PETSMART #000701439**
**Our File #: 1960268**

**Dear Claims Office,**

**This letter will formally notify you that UnitedHealthcare Services has retained Ingenix Subrogation Services to pursue a recovery for medical benefits that have been or may be paid by them on behalf of Janet M Davidson for the treatment of injuries sustained arising out of the above captioned injury. Please contact us prior to settlement to obtain the total amount of paid benefits.**

**The plan is set up under the federal Employee Retirement Income Security Act of 1974 (ERISA), 88 Stat. 829, as amended, 29 U.S.C. ?1001 et seq.**

**Our client asserts a subrogation and/or reimbursement interest in this matter under applicable law. Please direct all future communications to my attention.**

**Thank you.**

**Sincerely,**

**Susan Graedler/mh**
**Subrogation Analyst**
**Phone: 952-833-7432**
**Fax: 800-842-6748**

# EXHIBIT D



# Nationwide®
## *On Your Side*℠

DE-10-NEWC  * P.O. Box 15260  * Wilmington, DE  19850-5260

September 15, 2006

INGENIX MN002-0220
12125 Technology Drive
Eden Prairie, MN  55344

**OUR INSURED :**  Donita S Taylor
**OUR CLAIM NUMBER :**  89 07   905433 11012003 01
**DATE OF ACCIDENT :**  11-01-2003
**CLAIMANT NAME :**  Janet Davidson
YOUR FILE:  1960268

At this time, this matter has been settled and is in the process of finalization with the attorney
representing the injured party.

You may wish to contact the attorney directly with respect to your recovery.

Nationwide General Insurance Company
Sonja Blackhawk
Claims Department
(302)325-8932



# EXHIBIT E

September 18, 2006

KIMELL, CARTER, ROMAN, & PELTS-ATTORNEYS AT LAW
ASSIGNED ATTORNEY
PO BOX 1070
BEAR , DE 19701

RE: Injured Party: Janet M Davidson
Date of Injury: 11/01/2003
Group: PETSMART #000701439
Our File #: 1960268

Dear Assigned Attorney,

This letter will formally notify you that UnitedHealthcare Services has retained Ingenix
Subrogation Services to pursue a recovery for medical benefits that have been or may be paid
by them on behalf of Janet M Davidson for the treatment of injuries sustained arising out of the
above captioned injury. Please contact us prior to settlement to obtain the total amount of paid
benefits.

The health plan is set up under the federal Employee Retirement Income Security Act of 1974
(ERISA), 88 Stat. 829, as amended, 29 U.S.C. ?1001 et seq.

Our client asserts a subrogation and/or reimbursement interest in this matter under applicable
law. Please notify us immediately if you have already obtained a recovery from some other
party. Once settlement funds come into your possession, you should hold them in trust until
such time as our client?s interest has been severed from the interest of your client.

Please contact me to discuss this matter. Also, please direct all future correspondence relating
to our client?s subrogation/reimbursement rights to my attention.

Thank you for your assistance.

Sincerely,

Deborah Swedin
Recovery Analyst
Phone: 952-833-6315
Fax: 800-708-3179

# EXHIBIT F

Bank One

# Bank One Check Image





**Account: 105276**
**Check Number: 52884628  Check Amount: $280,000.00**
**Posting Date: 09/27/2006  Sequence Number: 5510211251**

# EXHIBIT G

LAW OFFICES

# KIMMEL, CARTER, ROMAN & PELTZ
### PROFESSIONAL ASSOCIATION

MORTON RICHARD KIMMEL*
EDWARD B. CARTER, JR.
THOMAS J. ROMAN
WILLIAM R. PELTZ
MICHAEL D. BEDNASH
MATTHEW M. BARTKOWSKI**
WILLIAM R. BAKER, JR.***
JONATHAN B. O'NEILL****
DANIEL A. SCHWARZ▲
LAWRANCE SPILLER KIMMEL*

MAILING ADDRESS
P.O. BOX 1070
BEAR, DELAWARE 19701
——
(302) 392-5277 (KCRP)
(866) 792-5277 (TOLL FREE)
FAX (302) 392-0800
WWW.KCRLAW.COM

RECEIVED
OCT 02 2006
By_____

OFFICE LOCATIONS
200 BIDDLE AVENUE
SUITE 101
SPRINGSIDE PLAZA
NEWARK, DE
——
913 MARKET STREET
SUITE 700
WILMINGTON, DE
(302) 571-0800

*ALSO MEMBER DC BAR
**ALSO MEMBER PA BAR
***ALSO MEMBER MD BAR
****ALSO MEMBER NJ BAR
▲MEMBER PA & NJ BARS ONLY
*ALSO MEMBER PA & NJ BARS

September 27, 2006

Re: Janet Davidson
    File# 1960268

Ingenex
MN002-0220
12125 Technology Drive
Eden Prairie, MN 55344
Attention: Deborah Swedin

Dear Ms. Swedin:

Receipt of your letter dated 9/18/06 which I received on 9/25/06 is acknowledged.

Please be advised that this matter has already resolved.

Very truly yours,

MICHAEL D. BEDNASH

MBD/mc

JS44 (Rev. 3/99)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by the Rules of Court. This form, approved by the Judicial Conference of the united States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the Civil Docket Sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
PETsMART, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEY'S (Firm Name, Address, and Telephone Number)
Timothy M. Holly, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE 19899,
(302)-658-9141

## DEFENDANTS
Janet M. Davidson
Michael D. Bednash, Esquire and
Kimmel Carter Roman & Peltz, P.A.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ___NCC, DE___
(IN U.S. PLAINTIFF CASES ONLY)

ATTORNEYS (IF KNOWN)
Michael D. Bednash, Esquire

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐1 U. S. Government Plaintiff

☐2 U. S. Government Defendant

[X]3 Federal Question
(U. S. Government Not A Party)

[ ]4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ X ]1 | [ X ]1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business in Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** | ☐362 Personal Injury - Med. Malpractice | ☐610 Agriculture | ☐422 Appeal | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane | ☐365 Personal Injury - Product Liability | ☐620 Other Food & Drug | ☐443 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product Liability | ☐366 Asbestos Personal Injury Product Liability | ☐625 Drug Related Seizure of Property 21 USC 881 | | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐320 Assault, Libel & Slander | | ☐630 Liquor Laws | **PROPERTY RIGHTS** | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐640 R.R. & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐151 Medicare Act | ☐340 Marine | [ ] 370 Other Fraud | ☐650 Airline Regs. | X 830 Patent | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐345 Marine Product Liability | ☐371 Truth in Lending | ☐660 Occupational Safety/Health | ☐ 840 Trademark | ☐810 Selective Service |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐350 Motor Vehicle | ☒380 Other Personal Property Damage | ☐690 Other | **SOCIAL SECURITY** | ☐850 Securities/Commodities/ Exchange |
| ☐160 Stockholders' Suits | ☐355 Motor Vehicle Product Liability | ☐385 Property Damage Product Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐875 Customer Challenge 12 USC 3410 |
| 180 Other Contract | ☐360 Other Personal Injury | | 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐891 Agricultural Acts |
| ☐195 Contract Product Liability | | **PRISONER PETITIONS** | ☐720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐510 Motions to Vacate Sentence | ☐730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐893 Environmental Matters |
| ☐210 Land Condemnation | ☐441 Voting | Habeas Corpus: | ☐740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐894 Energy Allocation Act |
| ☐220 Foreclosure | 442 Employment | ☐530 General | ☒ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐895 Freedom of Information Act |
| ☐230 Rent Lease & Ejectment | ☐443 Housing/ Accommodations | ☐535 Death Penalty | ☒ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐240 Torts to Land | ☐444 Welfare | ☐540 Mandamus & Other | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐950 Constitutionality of State Statutes |
| ☐245 Tort Product Liability | ☐440 Other Civil Rights | ☐550 Other | | | ☐890 Other Statutory Actions |
| ☐290 All Other Real Property | | | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[x]1 Original Proceeding

☐2 Removed from State Court

☐3 Remanded from Appellate Court

☐4 Reinstated or Reopened

☐5 Transferred from Another District (specify)

☐6 Multidistrict Litigation

☐7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. §1331
28 U.S.C. §1367(a)
Subrogation provision of ERISA Plan

## VII REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 100,463.84

CHECK YES only if demanded in complaint:
JURY DEMAND: [ X ] YES [] NO

## VIII RELATED CASE(S) IF ANY (See instructions) _____ DOCKET NUMBER_____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _Timy M. Holly_

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JS 44 Reverse (Rev. 12/96)

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

0 7 – 6 2 8

Civil Action No. _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____4____ COPIES OF AO FORM 85.



__10\15\67__
(Date forms issued)

_____
(Signature of Party or their Representative)

__Matthew D. Gordon__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action