# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

PETsMART, INC., a Delaware
Corporation, in its capacity as
fiduciary of the PETsMART Flexible
Benefits Plan

           Plaintiff,

SUMMONS IN A CIVIL CASE

           v.

CASE NUMBER: — 0 7 - 6 2 8

JANET M. DAVIDSON,
MICHAEL D. BEDNASH, ESQUIRE and
KIMMEL CARTER ROMAN & PELTZ,
P.A., a Delaware Corporation,

           Defendants.

TO: Kimmel Carter Roman & Peltz, P.A.
c/o Michael D. Bednash, Esquire
200 Biddle Ave.
P.O. Box 1070
Bear, DE 19701-7070

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Timothy M. Holly, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

OCT 1 5 2007

DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[(1)] | DATE 10/15/07 |
| NAME OF SERVER (PRINT) Paul Coulby | TITLE Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 200 BIDDLE AVE, BEAR DE ACCEPTED BY BETH LINDSEY AT 2:20 PM

[ ] Left copies thereof at the defendant's dwelling house or usual place of adobe with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/15/07
Date

Signature of Server: Paul H Coulby

Address of Server: 230 N Market St, Wilm DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.