IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PETsMART, INC., a Delaware Corporation, in its capacity as fiduciary of the PETsMART Flexible Benefits Plan,<br><br>Plaintiff,<br><br>v.<br><br>JANET M. DAVIDSON, MICHAEL D. BEDNASH, ESQUIRE, and KIMMEL CARTER ROMAN & PELTZ, P.A., a Delaware Corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:07-cv-628-***<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

It is hereby stipulated by plaintiff, PETsMART, Inc., and defendants, Janet M. Davidson, Michael D. Bednash, Esquire, and Kimmell Carter Roman & Peltz, P.A. (collectively "Defendants"), that Defendant shall have an extension of time until January 25, 2008, in which to answer, move or otherwise plead to the complaint.

_____
Matthew F. Boyer (Del. Bar No. 2564)
CONNOLLY BOVE LODGE & HUTZ LLP
Email: Mboyer@cblh.com
Timothy M. Holly (Del. Bar No. 4106)
Email: Tholly@cblh.com
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Phone: (302) 252-4217
*Attorneys for PETsMART, Inc.*

_____
Michael D. Bednash (Del. Bar No. 2498)
KIMMEL CARTER ROMAN & PELTZ, P.A.
Email: Mdbednash@kcrlaw.com
56 West Main Street
Christiana, DE 19702
Phone: (302) 565-6100
*Attorney for Defendant*

DATED: December 18, 2007
So ordered:

_____
Magistrate Judge Mary Pat Thynge