IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PETsMART, INC., a Delaware Corporation, in its capacity as fiduciary of the PETsMART Flexible Benefits Plan,<br><br>   Plaintiff,<br><br>v.<br><br>JANET M. DAVIDSON, MICHAEL D. BEDNASH, ESQUIRE, and KIMMEL CARTER ROMAN & PELTZ, P.A., a Delaware Corporation,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:07-cv-628-***<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff PETsMART, Inc. and Defendants Janet M. Davidson, Michael. D. Bednash, Esquire, and Kimmell Carter Roman & Peltz, P.A., by their undersigned counsel, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, in its entirety, **WITH PREJUDICE.**

KIMMEL CARTER ROMAN & PELTZ, P.A.

_____
Michael D. Bednash (Del. Bar No. 2498)
Email: Mdbednash@kcrlaw.com
56 West Main Street
Christiana, Delaware 19702
Phone: (302) 565-6100
*Attorneys for Defendants*

Date: February 29, 2008
CBLH: 562755.4

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Matthew F. Boyer (Del. Bar No. 2564)
Email: Mboyer@cblh.com
Timothy M. Holly (Del. Bar No. 4106)
Email: Tholly@cblh.com
Josiah R. Wolcott (Del. Bar No. 4796)
Email: Jwolcott@cblh.com
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*Attorneys for PETsMART, Inc.*